# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1581

_____

EZRA IVEY,

Appellant,

v.

RAYMOND TURNBULL & RICHARD
TURNBULL,

Appellees.

_____


On appeal from the County Court for Escambia County.
Barry E. Dickson, Jr., Judge.


July 29, 2026

PER CURIAM.

AFFIRMED.

ROWE, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Ezra Ivey, pro se, Appellant.

No appearance for Appellees.